| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman, PC<br>21550 Oxnard St. #780<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (866) 598-5042 | |
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Milosch, Chris v. Centerpointe Lending Student Loan Services | | |
| DATE:  TIME:  DEP./DIV. | | CASE NUMBER:<br>8:18-cv-01335-AG-JDE |
| **Declaration of Service** | | Ref. No. or File No:<br>L18018325ATF |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Notice of Interested Parties; Civil Cover Sheet; Notice of Assignment; Notice of ADR Program;**

On: **Centerpointe Lending Student Loan Services**

I served the summons at:

**11800 Central Ave Ste 225   Chino, CA 91710**

On: **8/21/2018**           Date:  **02:35 PM**

In the above mentioned action  by substituted service and leaving with
**CORA TRUJILLO  -  RECEPTIONIST**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Jeffery Dunn, Sr.**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **110.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

                                          Jeffery Dunn, Sr.                    Date: **08/22/2018**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**TODD FRIEDMAN SBN 216752**<br>Law Offices of Todd M. Friedman,PC<br>21550 Oxnard St. #780<br>Woodland Hills, CA 91367<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(866) 598-5042** | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Milosch, Chris v. Centerpointe Lending Student Loan Services | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>8:18-cv-01335-AG-JDE |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>L18018325ATF |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **08/22/2018**, I served the within:
**Summons; Complaint; Notice of Interested Parties; Civil Cover Sheet; Notice of Assignment; Notice of ADR Program;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Centerpointe Lending Student Loan Services**
**11800 Central Ave Ste 225   Chino, CA 91710**

Declarant:

  a. Name: **Kimberly Lastimosa**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **110.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Kimberly Lastimosa                                              Date: **08/22/2018**

Declaration of Service by Mail                                  Invoice #: 2147509